1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7
              IN THE UNITED STATES DISTRICT COURT
8
              EASTERN DISTRICT OF CALIFORNIA
9

10 ZHENHAI LUO,                          CASE NO. 2:24-CV-01664 -TLN-CKD

11             Plaintiff,                STIPULATION AND ORDER FOR REMAND
                                         PURSUANT TO 8 U.S.C. § 1447(b)
12       v.

13 USCIS, ET AL.,

14             Defendants.

15

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on her application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within 30 days of the order of remand.

Respectfully submitted,

Dated: July 10, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiff

ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 30 days.

Dated: July 12, 2024

Troy L. Nunley
United States District Judge